```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 05314
   ROOSEVELT D WHITESIDE
   VIVIAN Y WHITESIDE                          CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY
              Debtor
   SSN XXX-XX-2523    SSN XXX-XX-6106

------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 03/26/2007 and was not confirmed.

     The case was dismissed without confirmation 08/30/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------
AMERICA'S SERVICING COMP  CURRENT MORTG        .00           .00            .00
CITY OF CHICAGO WATER DE  SECURED           554.00           .00          60.00
COOK COUNTY TREASURER     SECURED          2400.00           .00            .00
LIGHTHOUSE FINANCIAL GRO  SECURED VEHIC    3140.00           .00         500.00
ILLINOIS DEPT OF REVENUE  PRIORITY        NOT FILED          .00            .00
AMERICASH LOANS LLC       UNSECURED        2664.38           .00            .00
ARNOLD SCOTT HARRIS       UNSECURED       NOT FILED          .00            .00
BLATT HASENMILLER LEIBSK  UNSECURED       NOT FILED          .00            .00
CAVALRY PORTFOLIO SERVIC  UNSECURED       NOT FILED          .00            .00
CAPITAL ONE               UNSECURED        1666.09           .00            .00
CAPITAL ONE               UNSECURED        1611.03           .00            .00
CAPITAL ONE               UNSECURED        1406.17           .00            .00
CITY OF CHICAGO PARKING   UNSECURED          60.00           .00            .00
COMMONWEALTH EDISON       UNSECURED         823.76           .00            .00
WOW INTERNET & CABLE SER  UNSECURED       NOT FILED          .00            .00
COMCAST                   UNSECURED       NOT FILED          .00            .00
PREMIER BANKCARD          UNSECURED         467.82           .00            .00
GREAT LAKES SPECIALTY FI  UNSECURED       NOT FILED          .00            .00
KCA FINANCIAL SERVICES    UNSECURED       NOT FILED          .00            .00
PORTFOLIO RECOVERY ASSOC  UNSECURED        1277.46           .00            .00
LVNV FUNDING              UNSECURED       NOT FILED          .00            .00
EVERGREEN EMERGENCY SERV  UNSECURED       NOT FILED          .00            .00
EVERGREEN EMERGENCY SERV  UNSECURED       NOT FILED          .00            .00
PROFESSIONAL CARDIOLOGY   UNSECURED       NOT FILED          .00            .00
AT&T WIRELESS             UNSECURED        2375.47           .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED       NOT FILED          .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED        1433.14           .00            .00
TCF BANK                  UNSECURED       NOT FILED          .00            .00
LITTLE COMPANY OF MARY H  UNSECURED       NOT FILED          .00            .00
LITTLE COMPANY OF MARY H  UNSECURED       NOT FILED          .00            .00
ROUNDUP FUNDING LLC       UNSECURED         150.94           .00            .00
PAY DAY LOAN STORE        UNSECURED       NOT FILED          .00            .00
ULTRA CARE                UNSECURED       NOT FILED          .00            .00
AMERICA'S SERVICING COMP  MORTGAGE ARRE        .00           .00            .00
LASALLE BANK NATIONAL     NOTICE ONLY     NOT FILED          .00            .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 05314 ROOSEVELT D WHITESIDE & VIVIAN Y WHITESIDE
```

```
JEFFERSON CAPITAL SYSTEM  UNSECURED         296.83              .00             .00
LIGHTHOUSE FINANCIAL GRO  UNSECURED        1610.98              .00             .00
ROBERT J SEMRAD & ASSOC   REIMBURSEMENT      84.00              .00           84.00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY     2,500.00                         1,602.47
TOM VAUGHN                TRUSTEE                                            153.13
DEBTOR REFUND             REFUND                                                .00

       Summary of Receipts and Disbursements:
    ---------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
    ---------------------------------------------------------------------------
TRUSTEE                   2,399.60

PRIORITY                                            84.00
SECURED                                            560.00
UNSECURED                                             .00
ADMINISTRATIVE                                   1,602.47
TRUSTEE COMPENSATION                               153.13
DEBTOR REFUND                                         .00
                         ---------------    ---------------
TOTALS                    2,399.60               2,399.60
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
   Dated: 12/05/07                _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE